```
                    FILED
            CLERK, U.S. DISTRICT COURT

                   6/15/15

          CENTRAL DISTRICT OF CALIFORNIA
          BY: ___WH_____ DEPUTY
```

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN JOSEPH MINCEY,<br><br>    Petitioner,<br><br>    v.<br><br>RON DAVIS,[*] Warden of California State Prison at San Quentin,<br><br>    Respondent. | CASE NO. CV 93-2554 PSG<br><br>**DEATH PENALTY CASE**<br><br>JUDGMENT |

    **IT IS HEREBY ORDERED** that Petitioner Bryan Joseph Mincey's petition for writ of habeas corpus be **CONDITIONALLY GRANTED** and that the judgment of conviction on the special circumstance and the sentence of death in the matter of *People v. Bryan Joseph Mincey*, Case No. SCR 41466 of the California Superior Court of San Bernardino County, shall be **VACATED**.

    **IT IS FURTHER ORDERED** that the State of California shall, within 120 days from the entry of this Judgment, either grant Petitioner a new trial on the special circumstance allegation, or vacate the special circumstance finding and death sentence and resentence Petitioner in accordance with California law and the

---

[*] Ron Davis is substituted for his predecessors as Warden of California State Prison at San Quentin, pursuant to Federal Rule of Civil Procedure 25(d).

United States Constitution.

      **IT IS FURTHER ORDERED** that the Clerk of this Court shall immediately notify the Warden of San Quentin Prison of this Court's judgment.

**IT IS SO ORDERED.**

Dated: June 15, 2015.

                                          PHILIP S. GUTIERREZ  
                                          United States District Judge